No. 02–5392.  IN RE SEUFERT.  Petition for writ of habeas corpus denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 02–5549.  IN RE PELLEGRINO.  Motion of petitioner for leave to proceed *in forma pauperis* denied, and petition for writ of habeas corpus dismissed.  See this Court's Rule 39.8.

No. 01–10417.  IN RE N'JAI;
No. 01–10561.  IN RE LEWIS;
No. 01–10671.  IN RE HUFFINE;
No. 01–10830.  IN RE SINGH;
No. 01–10876.  IN RE HARRIS;
No. 01–10884.  IN RE TAPIA;
No. 01–10966.  IN RE DEADMON;
No. 02–5097.  IN RE WILLIAMS;
No. 02–5619.  IN RE GREGORY;
No. 02–5688.  IN RE GRUBER;
No. 02–5844.  IN RE COLE; and
No. 02–6079.  IN RE JOHNSON.  Petitions for writs of mandamus denied.

No. 01–10367.  IN RE MASON;
No. 02–104.  IN RE PERRY;
No. 02–5222.  IN RE DOOSE; and
No. 02–6091.  IN RE WARREN.  Petitions for writs of mandamus and/or prohibition denied.

No. 02–5052.  IN RE GUNNELL.  Petition for writ of prohibition denied.